UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　　v.<br>JEREMY R. SWANSON,<br>　　　　　　　Defendant. | No. CR06-419RSL<br><br>ORDER DENYING DEFENDANT'S<br>MOTION FOR MODIFICATION OF<br>SUPERVISION CONDITIONS |

This matter comes before the Court on defendant's "Motion for Modification of Supervision Conditions" (Dkt. #26). Defendant seeks modification of the conditions of his supervised release to eliminate the requirement that he participate in drug testing as originally ordered. Under 18 U.S.C. § 3563(a)(5), drug testing is a mandatory condition of probation unless "reliable sentencing information indicates a low risk of future substance abuse by the defendant." This showing has not been satisfied. Accordingly, for this reason, and for the reasons set forth in the government's response, defendant's motion (Dkt. #26) is DENIED.

DATED this 28th day of May, 2008.

　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge