UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-419-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JEREMY SWANSON, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on May 17, 2010. The United States was represented by AUSA Todd Greenberg for Adam Cornell and the defendant by Paula Deutsch. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 5, 2007 by the Honorable Robert S. Lasnik on a charge of Burglary of a Pharmacy, and sentenced to 12 months custody, 3 years supervised release. (Dkt. 20.)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, pay restitution in the amount of $29,645.69, and provide his probation officer with financial information as requested.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01  The sentence was corrected on February 4, 2008 to require 12 months and 1 day in
02  custody. (Dkt. 25.)

03  In an application dated September 15, 2010 (Dkt. 29, 30), U.S. Probation Officer Steven
04  R. Gregoryk alleged the following violation of the conditions of supervised release:

05  1.  Committing the crime of burglary, on or about September 14, 2009, in violation
06  of the general condition of supervision which states that the defendant shall not commit another
07  federal, state or local crime.

08  Defendant was brought before this Court pursuant to a Writ of Habeas Corpus Ad
09  Prosequendum from the Washington Corrections Center.  (Dkt. 36.) Defendant was advised in
10  full as to the charge and as to his constitutional rights.

11  Defendant admitted the alleged violation and waived any evidentiary hearing as to
12  whether it occurred.

13  I therefore recommend the Court find defendant violated his  supervised release as
14  alleged,  and that the Court conduct a hearing limited to the issue of disposition.  The next
15  hearing will be set before Judge Lasnik.

16  Pending a final determination by the Court, defendant has been detained.

17  DATED this 17th day of May, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

21  cc:     District Judge:            Honorable Robert S. Lasnik
        AUSA:                      Adam Cornell
22      Defendant's attorney:      Paula Deutsch
        Probation officer:         Steven R. Gregoryk

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2